IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA,

v.                                                       Criminal Action No. 4:09cr17

MARLON PETTAWAY,                       Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Marlon Pettaway, above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 9th day of August, 2010.

MARLON PETTAWAY

By: _____/s/_____
Stephen A. Hudgins, Esquire
VSB No. 20315
Counsel for Marlon Pettaway
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF

system, which will then send a notification of such filing (NEF) to the following:

Scott W. Putney, Esquire
VSB No. 35209
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone: 757.591.4000
Telefax: 757.591.0866
scott.putney@usdoj.gov

_____/s/_____
Stephen A. Hudgins, Esquire
VSB No. 20315
Counsel for Marlon Pettaway
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com